IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 10-cv-00985-CMA-CBS

STUART ROBERTSON,

    Plaintiff,

v.

ALLIED INTERSTATE, INC., a Minnesota corporation,

    Defendant.

___

## ORDER DISMISSING CASE WITH PREJUDICE
___

    THE COURT having reviewed the Stipulation of Dismissal with Prejudice Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii) (Doc. 10), and being fully advised in the premises, DOES HEREBY

    ORDER that this case and all claims asserted therein is dismissed with prejudice, with each party to pay his or its own attorney's fees and costs.

    DATED: August 4, 2010.

                                  BY THE COURT:

                                  _____
                                  CHRISTINE M. ARGUELLO
                                  United States District Court